# United States Court of Appeals
## For the First Circuit

No. 19-1246

DANIEL E. CARPENTER

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**MANDATE**

Entered: January 15, 2020

In accordance with the judgment of September 4, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mark J. Balthazard
Daniel E. Carpenter
Kelly Begg Lawrence
David G. Lazarus
Cynthia A. Young